William E. LANHAM, Appellant,

v.

SOUTHERN BAKERIES COMPANY, Inc., Appellee.

No. 18801.

United States Court of Appeals
Fifth Circuit.

Oct. 31, 1961.

Harry J. Mehre, Jr., Atlanta, Ga., John A. Mitchell, Robert D. Spille, New York City, Harold L. Stults, New York City, of counsel, for appellant.

Otis A. Earl, Austin A. Webb, Kalamazoo, Mich., Hugh M. Dorsey, Jr., Atlanta, Ga., Crenshaw, Hansell, Ware, Brandon & Dorsey, Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and CAMERON and BROWN, Circuit Judges.

PER CURIAM.

We have carefully considered the contentions of the appellant but find no basis for reversing either the findings of fact or the conclusions of law entered by the trial court. We, therefore, affirm the judgment of the trial court on the findings, conclusions and opinion of that Court, D.C., 198 F.Supp. 926.

Affirmed.

---

Evelyn W. BOWEN, Administratrix of the Estate of S. Lewis Tim, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12, Docket 26607.

United States Court of Appeals
Second Circuit.

Argued Nov. 3, 1961.

Decided Nov. 20, 1961.

Irwin Cooperman, New York City (Matthew J. Shevlin, New York City, on the brief), for petitioner.

Fred E. Youngman, Atty., Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson and Robert N. Anderson, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before CLARK, HINCKS, and KAUFMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Arundell, 34 T.C. 222.